JUDGE FRANK MONTALVO

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

FILED

2014 FEB 12  PM 12: 39

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
                    DEPUTY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | CRIMINAL NO.  EP-14- |
| | § | |
| Plaintiff, | § | **I N D I C T M E N T** |
| | § | |
| v. | § | **CT 1:  18 U.S.C. § 844(i) – Malicious** |
| | § | **Damage** |
| FRANK OCHOA, | § | |
| | § | |
| Defendant. | § | |
| | § | |

THE GRAND JURY CHARGES:

# EP14CR0239

**COUNT ONE**
(18 U.S.C. § 844(i))

On or about January 29, 2011, in the Western District of Texas, the defendant,

**FRANK OCHOA,**

maliciously attempted to damage and destroy, by means of fire and explosive materials a

building and real property, known as Austin Foam Plastics, located in El Paso, Texas, which

engaged in an activity affecting interstate and foreign commerce, in violation of Title 18, United

States Code, Section 844(i).

A TRUE BILL.

ORIGINAL SIGNATURE
REDACTED PURSUANT TO
E-GOVERNMENT ACT OF 2002

_____
FOREPERSON OF THE GRAND JURY

ROBERT PITMAN
UNITED STATES ATTORNEY

BY: _____
Assistant U.S. Attorney