**JUDGE FRANK MONTALVO**

PERSONAL DATA SHEET
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS

| SEALED: | | UNSEALED: |
|---|---|---|
| COUNTY: EL PASO | DIVISION: EL PASO | JUDGE: |
| DATE: February 12, 2014 | MAG CT #: | FBI #: |
| CASE NO: EP-14-CR- | ASSISTANT U.S. ATTORNEY: RICHARD WATTS | |
| DEFENDANT: **FRANK OCHOA** | | DOB: REDACTED |
| ADDRESS: REDACTED | | |
| CITIZENSHIP: U.S. Citizen    INTERPRETER NEEDED: No    LANGUAGE: N/A | | |
| DEFENSE ATTORNEY:<br>ADDRESS: | | EMPLOYED _____<br>APPOINTED _____ |
| DEFENDANT IS: Not In Custody<br>    ADDRESS: | | |
| DATE OF ARREST: Not Yet Arrested | | BENCH WARRANT: YES |
| PROBATION OFFICER: | | |
| NAME AND ADDRESS OF SURETY: | | |
| PROSECUTION BY: INDICTMENT | | |
| OFFENSE (Code and Description): 18 U.S.C. § 844(i) – Malicious Damage | | |
| OFFENSE IS: FELONY | | |
| MAXIMUM SENTENCE: 5 TO 20 YRS (5 YRS MANDATORY)/$250,000 FINE/UP TO 3 YRS SUP RELEASE/$100 MANDATORY ASSESSMENT | | |
| PENALTY IS MANDATORY: YES | | |
| REMARKS: ATF – Francisco Ortega | | |

EP14CR0239

WDT-Cr-3